UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AAK USA, INC.,

          Petitioner,

- against -

INTEGRITY INGREDIENTS CORPORATION,

          Respondent.

---

25-cv-1727 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The petitioner is directed to provide the Court with paper courtesy copies of all papers filed in connection with the petition to confirm arbitration award (ECF No. 1).

SO ORDERED.

Dated:    New York, New York
          April 10, 2025

                                          John G. Koeltl
                                United States District Judge