```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

AAK USA, INC.,                                  25-cv-1727 (JGK)

          Petitioner,                   <u>ORDER</u>

    - against -

INTEGRITY INGREDIENTS CORPORATION,

          Respondent.

**JOHN G. KOELTL**, District Judge:

On March 10, 2025, the Court directed the respondent to respond to the petition to confirm arbitration award by April 7, 2025. ECF No. 7. To date, no response has been filed.

The time for the respondent to respond to the petition is extended to **May 2, 2025**. The time for the petitioner to file any reply is extended to **May 16, 2025**.

The petitioner is directed to serve a copy of this Order and ECF No. 7 on the respondent immediately upon receipt of this Order.

**SO ORDERED.**

Dated:    New York, New York
           April 15, 2025

                                                John G. Koeltl
                                          United States District Judge