UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AAK USA, INC.,

          Petitioner,

- against -

INTEGRITY INGREDIENTS CORPORATION,

          Respondent.

25-cv-1727 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

On April 15, 2025, the Court extended the time for the respondent to respond to the petition to confirm arbitration award to May 2, 2025. ECF No. 11. To date, no response has been filed.

The time for the respondent to respond to the petition is extended to **May 16, 2025.** If the respondent does not respond by May 16, 2025, the petition to confirm arbitration award will be treated as unopposed. The time for the petitioner to file any reply is extended to **May 30, 2025.**

The petitioner is directed to serve a copy of this Order on the respondent immediately upon receipt of this Order.

**SO ORDERED.**

Dated:    New York, New York
          May 9, 2025

                                          John G. Koeltl
                                    United States District Judge