UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

AAK USA, INC.,

                Petitioner,                25 **CIVIL** 1727 (JGK)

   -against-                **JUDGMENT**

INTEGRITY INGREDIENTS CORPORATION,

                Respondent.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 29, 2025, the petition to confirm the arbitration award is granted and the underlying arbitration award is ordered confirmed. Judgment is hereby entered confirming the Final Award, dated September 17, 2024, in favor of the petitioner and against the respondent in the amount of $1,203,598.89 (the "principal amount"), plus interest on the principal amount at the rate set forth in the Final Award in the amount of $100,904.45, together with $65,427.40 in attorney's fees and costs; accordingly, the case is closed.

**Dated**: New York, New York
        May 30, 2025

                                                            **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                    **BY:**

                                                              **Deputy Clerk**